44 WEST 47 REALTY CORP., Respondent, v. OPPORTUNITY SHOP, INC., Tenant. CARLOS FOLLINI, Appellant.— Under the particular facts disclosed in the present record, we deem that the landlord established the right to maintain proceedings to recover possession of the premises involved. Determination unanimously

affirmed, with costs and disbursements. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.